UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

BRIAN EVANS,

    Plaintiff - Appellant,

V.

FRANK PETERSON; et al.,

    Defendants - Appellees.

No. 04-16528

D.C. No. CV-04-00135-HG

**JUDGMENT**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 1 6 2005
at __ o'clock and __ min __ M
SUE BEITIA, CLERK

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 07/13/05

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

DEC 0 7 2005

by: Ruben Talavera
    Deputy Clerk





**ORIGINAL**

**NOT FOR PUBLICATION**

FILED

JUL 1 3 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BRIAN EVANS,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>FRANK PETERSON; et al.,<br><br>    Defendants - Appellees. | No. 04-16528<br><br>D.C. No. CV-04-00135-HG<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the District of Hawaii
Helen Gillmor, District Judge, Presiding

Submitted July 11, 2005**

Before:   SCHROEDER, Chief Judge, RAWLINSON and BYBEE, Circuit Judges.

Brian Evans, a professional singer, appeals pro se the district court's dismissal of his diversity action alleging fraud and breach of a recording contract against Frank Peterson, a German music producer, Nemo Studios, a German music

---

   \*   This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.

   \*\*   The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

recording company, and Sarah Brightman, a British singer. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's determination that it lacks personal jurisdiction, *Schwarzenegger v. Fred Martin Motor Co.*, 374 F.3d 797, 800 (9th Cir. 2004), and review for abuse of discretion the district court's denial of leave to amend, *Gompper v. VISX, Inc.*, 298 F.3d 893, 898 (9th Cir. 2002). We affirm.

Evans did not allege that the defendants had "continuous and systematic general business contacts" with Hawaii upon which general jurisdiction could be based. *Helicopteros Nacionales de Colombia, S.A. v. Hall*, 466 U.S. 408, 416 (1984). Similarly, Evans failed to show a basis for specific jurisdiction because he did not allege facts indicating that his claim arose from the defendants' forum-related acts, that the defendants purposefully availed themselves of the privilege of conducting activities in Hawaii, that the defendants' conduct and connection with Hawaii were such that they could have reasonably anticipated being haled into court there, and that jurisdiction over the defendants would comport with fair play and substantial justice. *See Burger King Corp. v. Rudzewicz*, 471 U.S. 462, 474-76 (1985). Accordingly, the district court properly concluded that it lacked personal jurisdiction over the defendants.

The district court did not abuse its discretion when it dismissed Evans' complaint without leave to amend, because the moving papers and oral argument revealed that amendment would be futile. *See Gompper*, 298 F.3d at 898.

**AFFIRMED.**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

DEC 07 2005

by: Ruben Talavera
    Deputy Clerk

```
                                                    MOATT    ORALSC
                                                    CLOSED
                                                                    i
INTERNAL USE ONLY: Proceedings include all events.
04-16528 Evans v. Peterson, et al
```

BRIAN EVANS                          Brian Evans
    Plaintiff - Appellant        [NTC prs]
                                   205 Lakewood Garden Dr.
                                   Las Vegas, NV 89148

   v.

FRANK PETERSON                       Nenad Krek, Esq.
    Defendant - Appellee         FAX 808/523-0842
                                   808/523-2500
                                   Suite 2200
                                   [COR LD NTC ret]
                                   CARLSMITH BALL LLP
                                   1001 Bishop Street
                                   Honolulu, HI 96813

SARAH BRIGHTMAN                      Bruce E. Van Dalsem, Esq.
    Defendant - Appellee         FAX 213-443-3100
                                   213-443-3000
                                   10th Floor
                                   [COR LD NTC ret]
                                   QUINN EMANUEL URQUHART OLIVER &
                                   HEDGES, LLP
                                   865 S. Figueroa St.
                                   Los Angeles, CA 90017-2543

NEMO STUDIOS                         Nenad Krek, Esq.
    Defendant - Appellee         (See above)
                                   [COR LD NTC ret]

ERLER MARCO                          No appearance
    Defendant - Appellee         No appearance

```
                                                        MOATT    ORALSC
                                                        CLOSED
INTERNAL USE ONLY: Proceedings include all events.                    i
04-16528 Evans v. Peterson, et al

BRIAN EVANS

            Plaintiff - Appellant

   v.

FRANK PETERSON; SARAH BRIGHTMAN; NEMO STUDIOS; ERLER MARCO

            Defendants - Appellees
```