# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: June 28, 2005

To: United States Court of Appeals    Attn: (✓) Civil
     For the Ninth Circuit
     Office of the Clerk                         ( ) Criminal
     95 Seventh Street
     San Francisco, California 94103    ( ) Judge

**FILED**
JUN 29 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:    CV 04-00135 HG-KSC    Appeal No:    04-16528
Short Title:    Evans Vs Peterson

| | | |
|---|---|---|
| Clerk's Files in | 4 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 1 | volumes (✓) original ( ) certified copy<br>June 1, 2004 |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

**RECEIVED**
CLERK, U.S. DISTRICT COURT
APR 03 2006
DISTRICT OF HAWAII

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _Alison Quaney_     Date: 04·03·06

cc: all counsel